IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KELLIE NIELSEN,

Defendant.

**4:26CR3104**

**CASE TELEPHONE CONFERENCE INSTRUCTIONS**

To facilitate telephone conferences with Magistrate Judge DeLuca, unless the court's order states otherwise, counsel and the defendants shall use the following instructions and codes assigned to this case:

Dial 1-855-244-8681.

Enter the access code 2318 102 2958, then touch the # key.

DATED this 20th day of November, 2026.

BY THE COURT:

*s/ Jacqueline M. Deluca*
United States Magistrate Judge